DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 DECEMBER 2016

| 436P16 | State v. Howard Franklin Eubanks | 1. Def's Motion for Temporary Stay | 1. Allowed **12/05/2016** |
| | | 2. Def's Petition for *Writ of Certiorari* | 2. |
| 440P16 | State v. Christopher Glenn Turner | 1. State's Motion for Temporary Stay (COA16-656) | 1. Allowed **12/06/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2 |
| 441P16 | State v. Marian Olivia Curtis | 1. State's Motion for Temporary Stay (COA16-458) | 1. Allowed **12/06/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 444P08-2 | State v. Rickey Nelson Spencer | Def's *Pro Se* Motion for Order to Exhaust Defendant Arguments | Dismissed |
| 459P00-6 | State v. William M. Huggins | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 510P04-3 | State v. Jose Luis Macias | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied **10/31/2016** |
| 579P01-4 | State v. Antorio Rice Smarr | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 618P02-2 | State v. Michael Ray Trull | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court, Cabarrus County | Dismissed |
| 669P03-4 | State v. Tony Robert Jones | 1. Def's *Pro Se* Motion for Rehearing | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Dismiss | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion for Petition to Show Just Cause Under Common Law | 3. Dismissed |
| | | | **Ervin, J., recused** |